# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21-cr-21 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| TYRONE KEITH, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on November 28, 2023. The Court referred this matter to Magistrate Judge Reuben J. Sheperd to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Sheperd reported that a supervised release violation hearing was held on April 18, 2024. The defendant admitted to the following violation:

1. New Law Violation.

The magistrate judge filed a report and recommendation on April 18, 2024, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation number 1.

A final supervised release violation hearing was conducted on June 11, 2024. Present were the following: Assistant United States Attorney David Toepfer, representing the United States; Attorney Jacob Will, representing the defendant; the defendant Tyrone Keith, and United States Probation Officer Jamie Rinella.

No objections were filed to the report and recommendation of the magistrate judge.

Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation number 1.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 11 months. No supervised release to follow. Defendant remanded.

**IT IS SO ORDERED**.

Dated: June 11, 2024

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**